| Title of Investigation:<br>Murdaland Mafia Piru (MMP) - BLOODS | Investigation Number:<br>761020-16-0014 | Report Number:<br>77 |
| --- | --- | --- |

## SUMMARY OF EVENT:

<u>Search and Arrest Warrants Executed</u> - On September 27th, 2016, a United States District Court (Maryland) Federal Search Warrant was executed at 4130 Edmondson Road, Baltimore, Maryland by agents and TFOs from ATF. Several items were seized to include suspected drugs and drug packaging materials.

## NARRATIVE:

1. On September 27th, 2016 Special Agents (SAs) and Task Force Officers (TFOs) from the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) executed a United States District Court (Maryland) Federal Search Warrant at 4130 Edmondson Road, Baltimore, Maryland. The following officers and agents assisted in the execution of the warrant:

   a) Entry Team – ATF SA Spears, ATF SA Kennedy, ATF SA Cavender, ATF SA Katz, ATF SA Baldwin, ATF SA Dean
   b) Front Cover – ATF SA Choi, ATF SA Banks
   c) Rear Cover – ATF SA Orta, ATF SA Kelly, ATF SA Schiffer
   d) Search Team – ATF ASAC Matthews, ATF RAC Oliver, ATF SA Tolomeo, ATF SA Esposito, ATF SA O'Haver, ATF SA Cruse, ATF SA May, TFO Suave, TFO Caldwell, TFO Cowan, TFO Bleggi, TFO Mathews, TFO Hamill.

2. On that same date at approximately 6:00 AM, SA Cavender knocked and announced the presence of police officers with a warrant at 4130 Edmondson Road, Baltimore, Maryland. The agents then entered and secured the premises. Present inside the residence at the time of the entry was:

   a) Sharonise Davis (B/F, DOB 04/26/1964) - encountered in the main stairway and restrained with handcuffs by SA Dean
   b) Keyon Davis (B/M, DOB 10/05/1982) - encountered in the main stairway and restrained with handcuffs by SA Geardes.
   c) Aidaan Davis (B/M, DOB 09/18/2010 [**Juvenile**]) – encountered in the main stairway and not restrained.
   d) Sky Graham (B/F, DOB 02/12/2014 [**Juvenile**]) – encountered in the first bedroom accessible from the top of the main stairway and not restrained.

| Prepared by:<br>Daniel A. May | Title:<br>Special Agent, Baltimore IV (Intelligence) Field Office | Signature: | Date: |
| --- | --- | --- | --- |
| Authorized by:<br>Dennis C. Turman | Title:<br>Resident Agent in Charge, Baltimore III Field Office . | Signature: | Date: |
| Second level reviewer (optional): | Title: | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

e) Dorothy Davis (B/F DOB 12/30/1928) – encountered in the last bedroom accessible from the top of the main stairway and not restrained due to medical necessity.

3. SA May spoke separately with Sharonise Davis and Keyon Davis, advising them of the nature of ATF's presence at their home for the execution of a search warrant. Both parties claimed to not know the location of Shakeen DAVIS or any way to contact him, such as a mobile phone number. Both parties identified the third bedroom accessible from the top of the main stairway (Identified in the Evidence Control Log as "Room I") as the bedroom of Shakeen DAVIS.

4. After securing the residence, each of the rooms were labeled alphabetically (A through L) and photographed. Prior to searching, SA O'Haver took photographs of the residence. A search was then conducted by the agents/officers and the following items were seized from the residence pursuant to the search warrant:

   a) Box containing plastic baggies and two prescription bottles, one of which has "Shakeen DAVIS" printed upon it.
   (Found in "Room I") (Reference Ex. 80)
   b) Box containing digital scale and a used $50 PlayStation Store card.
   (Found in "Room I") (Reference Ex. 80)
   c) Canister with false bottom containing suspected heroin.
   (Found in "Room I") (Reference Ex. N/A)
   d) Digital scale and plastic baggies.
   (Found in "Room I") (Reference Ex. 81)
   e) Plastic baggies.
   (Found in "Room C") (Reference Ex. 82)
   f) Bottle of suspected Promethazine.
   (Found in "Room L") (Reference Ex. N/A)
   g) Plastic baggies.
   (Found in "Room L") (Reference Ex. 83)
   h) Plastic baggies.
   (Found in "Room L") (Reference Ex. 84)

5. The seized items were taken into custody by Evidence Tech SA Cruse and transported to the ATF-Baltimore TOO office for processing. The suspected drugs were taken into custody by Baltimore Police officers and transported to their evidence control section for processing and storage.

6. SA May left a copy of the search warrant sealing notification and a listing of the items seized with Keyon Davis, a primary resident of the residence. The residence was left in Keyon Davis's custody and control at approximately 7:38 AM.

## ATTACHMENTS:

- ATF Evidence Control Log
- ATF Photo Log
- Room Labels
- Copy of United States District Court Search Warrant and Search Warrant Return for 4130 Edmondson Road, Baltimore, Maryland

ATF EF 3120.2 (10-2004)
For Official Use Only

ATF EF 3120.2 (10-2004)
For Official Use Only